Saenz v. Colorado, State of et al								Doc. 2

```
                                                          FILED
                                                UNITED STATES DISTRICT COURT
                                                     DEN  R, COLORADO
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO            OCT 1 - 2007

                                                   GREGO.. . LANGHAM
Civil Action No. 07 - CV - 02046 bnb                        CLERK
```

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

HORACIO ARRAZ SAENZ,

    Plaintiff,

v.

THE STATE OF COLORADO, and
BILL RITTER, Governor,

    Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, a "Motion for Appointment of Counsel," and a document titled "Complaint Pursuant to the Allien [sic] Tort Claim Act 28 U.S.C. §1350 (2003)." As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)     __     is not submitted
(2)     __     is missing affidavit

Dockets.Justia.com

(3)   X    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>Account statement submitted is not certified by a prison official</u>.)
(4)   ___  is missing required financial information
(5)   ___  is missing an original signature by the prisoner
(6)   ___  is not on proper form (must use the court's current form)
(7)   ___  names in caption do not match names in caption of complaint, petition or habeas application
(8)   ___  An original and a copy have not been received by the court. Only an original has been received.
(9)   ___  other:_____.

**Complaint, Petition or Application**:
(10)  ___  is not submitted
(11)   X  is not on proper form (must use the court's current form)
(12)  ___  is missing an original signature by the prisoner
(13)  ___  is missing page nos. ___
(14)  ___  uses et al. instead of listing all parties in caption
(15)  ___  An original and a copy have not been received by the court. Only an original has been received.
(16)  ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)  ___  names in caption do not match names in text
(18)  ___  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following form: Prisoner Complaint . It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be

2

dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 28th day of September, 2007.

BY THE COURT:

*/s/ Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge


dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 28th day of September, 2007.

BY THE COURT:

*/s/ Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-CV-02046

Horacio Arraz Saenz
Prisoner No. 51036
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on  10-1-07

GREGORY C. LANGHAM, CLERK

By: _____
     Deputy Clerk